UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: 2:20-cv-04775-SB (AGRx) | Date: November 13, 2020 |

Title: *Anthony Bouyer v. Ronald Bloomfield et al.*

Present: The Honorable **STANLEY BLUMENFELD, JR., U.S. District Judge**

| Victor Cruz | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Osman M. Taher | Daniel A. Friedlander |

**Proceedings:** **SCHEDULING CONFERENCE ORDER**

The complaint in this case was filed on May 28, 2020. Based on the information received at the scheduling conference, and the Court's review of the Joint Rule 26(f) report, the Court issues this scheduling order.

The DOE defendants are dismissed without objection. The parties agree that the trial in this case will be to the court. Neither party claims the right to a jury trial nor requests a jury trial even if there were such a right in this case. The parties also agreed to allow witnesses to appear remotely at trial. Direct examination will be by declaration.

The Court has set the pretrial and trial dates noted in the table below. A more complete description of these deadlines is contained in the Order Setting Scheduling Conference. The parties are reminded that the deadlines below will *not*

be continued *absent a specific, supported showing of good cause*, as described in the Civil Standing Order ¶ 10, at 9.[1]

| | |
|---|---|
| **Trial**   ☒ Court  ☐ Jury          (Mon., 8:30 a.m.) | 3/15/21 |
| **Pretrial Conference**          (Fri., 11:00 a.m.) (including hearing on motions in limine) | 2/26/21 |
| **Motion to Amend Pleadings/Add Parties** (Hearing Deadline) | 12/3/20 |
| **Discovery Deadline – Nonexpert** | 1/4/21 |
| **Discovery Deadline – Expert** | 1/22/21 |
| Initial Expert Disclosure | 12/28/20 |
| Rebuttal Expert Disclosure | 1/4/21 |
| **Motion Hearing Deadline**   (Friday, 8:30 a.m.) | 1/22/21 |
| **Settlement Conference Deadline** ☐ 1. Mag. J.  ☒ 2. Panel  ☐ 3. Private | 1/29/21 |
| **Post-Settlement Status Conf.**  (Fri., 8:30 a.m.): | 2/5/21 |
| Status Report Due (3 court days before): | 2/2/21 |
| **Trial Filings (First Set) Deadline** | 2/5/21 |
| **Trial Filings (Second Set) Deadline** | 2/19/21 |

**IT IS SO ORDERED**.

0/08

---

[1] The Civil Standing Order is located on the Central District of California's website and may be obtained by (control) clicking on the link provided below. https://www.cacd.uscourts.gov/sites/default/files/documents/SB/AD/MSC%20%28Order%20Setting%29%20%28SB%29%20%2810-5-2020%29.pdf